

# The Attorney General of Texas

September 6, 1978

$R \oplus -1950$

**JOHN L. HILL**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity
Affirmative Action Employer

Honorable Ann Postma Musgrove
County Attorney
Childress County
Childress, Texas 79201

Opinion No. H- 1238

Re: Salary increases under grievance procedure of article 3912k.

Dear Mrs. Musgrove:

You have asked if the grievance committee, established under article 3912k, section 2, V.T.C.S., may consider and recommend a salary increase for all of the county's officers, including those who made no request for a hearing on a salary increase. You also ask if the grievance committee may recommend a salary increase for the employees of county officials.

Section 2(d) of article 3912k sets out the procedure which an elected official must follow before the grievance committee may recommend an increase in salary. See Attorney General Opinion H-314 (1974) (grievance procedure raise may be effective immediately). The official must request a hearing before the grievance committee in writing stating the manner in which he feels aggrieved. A hearing is held within thirty days after receipt of the request. It is our opinion that an official subject to the provisions of section 2 of article 3912k who does not follow this procedure will not be entitled to consideration for a pay increase under the grievance procedure.

The grievance procedure established in section 2 of article 3912k applies only to elected officers and not employees. Pay increases for employees are governed by section 1 of article 3912k. See Attorney General Opinion H-11 (1973).

## SUMMARY

An elected county or precinct officer must make a written request for a salary increase before the article 3912k grievance committee may recommend a raise. County and precinct employees may not file a

grievance with the grievance committee, but they may be given a salary increase by the commissioners court pursuant to section 1 of article 3912k, V.T.C.S.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jsn